IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action **No. 11-cv-585-AP**

**STATE OF COLORADO**
**COLORADO DEPARTMENT OF HUMAN SERVICES**
**DIVISION OF VOCATIONAL REHABILITATION**
**BUSINESS ENTERPRISE PROGRAM**
    Plaintiff,

v.

**THE UNITED STATE OF AMERICA,**
**THE UNITED STATES DEPARTMENT OF THE AIR FORCE,**
**MICHAEL B. DONLEY, SECRETARY OF THE AIR FORCE**
    Defendants.

## ORDER

This matter is currently before me on Plaintiff's Unopposed Motion to Withdraw its Application for Temporary Restraining Order (doc. 8). That motion is GRANTED, and the hearing currently set for 10:00 a.m. on March 16, 2011 is VACATED.

A hearing on Plaintiff's Motion for Preliminary Injunction (doc. 2) is set for 9:00 a.m. on April 26, 2011 in courtroom A802 in the Alfred A. Arraj Courthouse, 901 19th Street. The Defendants shall submit a response to Plaintiff's Brief in Support of its Motion for a Preliminary Injunction (doc. 3) no later than March 29, 2011. Plaintiff shall submit a reply to Defendants' response no later than April 12, 2011. IT IS SO ORDERED.

Dated: March 15, 2011

BY THE COURT:

**/s/ John L. Kane**
Senior U.S. District Judge