# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# SENIOR JUDGE JOHN L. KANE

Courtroom Deputy: Bernique Abiakam  　　　　　Date: April 26, 2011
Court Reporter: Kara Spitler

Civil Action No. 11-cv-00585-JLK

*Parties:*　　　　　　　　　　　　　　　　　　*Counsel:*

STATE OF COLORADO,　　　　　　　　　　　Betty Wytias
DEPARTMENT OF HUMAN SERVICES,　　　Andrew Katarakawe
DIVISION OF VOCATIONAL REHABILITATION,　Alicia Calderon
BUSINESS ENTERPRISE PROGRAM,　　　　John Dulske

　　　Plaintiff,

v.

THE UNITED STATES OF AMERICA,　　　　Christopher Cole
THE UNITED STATES DEPARTMENT OF THE　Scott Risner
AIR FORCE,　　　　　　　　　　　　　　　　Scott McLauthlin
MICHAEL B. DONLEY, SECRETARY OF THE
AIR FORCE,

　　　Defendants.

## COURTROOM MINUTES

**Preliminary Injunction Hearing**

**9:05 a.m　　Court in session.**

Court calls case.  Appearances of counsel.

Preliminary remarks by the Court.

Argument heard on CM/ECF Doc. Nos. 2 and 17.

9:07 a.m.　　Opening statement by Ms. Wytias.

*09-cv-01386-JLK*
*Preliminary Injunction Hearing*
*April 26, 2011*

| | |
|---|---|
| 9:22 a.m. | Opening statement by Mr. Risner. |
| 9:32 a.m. | Plaintiff's witness, Don Edwin Hudson, called and sworn. Direct examination begins by Ms. Wytias. |
| 9:52 a.m. | Cross examination begins by Mr. Risner. |
| 10:01 a.m. | Redirect examination by Ms. Wytias. |
| 10:02 a.m. | Re-cross examination by Mr. Risner. |

Witness excused.

| | |
|---|---|
| 10:03 a.m. | Plaintiff's witness, Robert William Welch, called and sworn. Direct examination begins by Ms. Wytias. |

**Plaintiff's Exhibit V offered.**

Objection.  SUSTAINED.

| | |
|---|---|
| 10:30 a.m. | Continued direct examination by Ms. Wytias. |
| 10:32 a.m. | Cross examination begins by Mr. Risner. |

**Plaintiff's Exhibit C offered and admitted.**

| | |
|---|---|
| 10:33 a.m. | Continued cross examination by Mr. Risner. |
| 10:36 a.m. | Redirect examination by Ms. Wytias. |

Witness excused.

**10:37 a.m.   Court in recess.**

**10:50 a.m.   Court in session.**

| | |
|---|---|
| 10:51 a.m. | Plaintiff's witness, Dan Whalen, called and sworn. Direct examination begins by Ms. Wytias. |

**Plaintiff's exhibit U offered and admitted.**

*09-cv-01386-JLK*
*Preliminary Injunction Hearing*
*April 26, 2011*

| | |
|---|---|
| 10:59 a.m. | Continued direct examination by Ms. Wytias. |

**Plaintiff's exhibit P offered and admitted.**

| | |
|---|---|
| 11:03 a.m. | Continued direct examination by Ms. Wytias. |
| 11:05 a.m. | Cross examination begins by Mr. Risner. |
| 11:10 a.m. | Redirect examination by Ms. Wytias. |
| 11:14 a.m. | Witness excused. |
| 11:15 a.m. | Plaintiff's adverse witness, Marlene Kleckner, called and sworn. Direct examination begins by Ms. Wytias. |
| 11:39 a.m. | Cross examination begins by Mr. Risner. |

**11:51 a.m.   Court in recess.**

**1:34 p.m.   Court in session.**

Redirect examination by Ms. Wytias.

1:35 p.m.   Witness excused.

Plaintiff rests.

No witnesses called by the Defendant (other than Ms. Kleckner).

| | |
|---|---|
| 1:36 p.m. | Closing argument by Ms. Calderon. |
| 1:45 p.m. | Closing argument by Mr. Risner. |
| 1:54 p.m. | Rebuttal argument by Ms. Calderon. |
| 1:55 p.m. | Comments by the Court. |

**ORDERED:   Plaintiff's Application For A Temporary Restraining Order And Motion For A Preliminary Injunction (Filed 3/8/11; Doc. No. 2) is taken UNDER ADVISEMENT.**

3

*09-cv-01386-JLK*
*Preliminary Injunction Hearing*
*April 26, 2011*

**ORDERED:   Defendants' Motion To Dismiss (Filed 4/4/11; Doc. No. 17) is taken UNDER ADVISEMENT.**

**1:56 p.m.      Court in recess.**
Hearing concluded.
Time: 02:55